## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

JEREMY R. BEHLMANN,                    )
                                       )
        Plaintiffs,                    )
                                       )
    v.                                 )          No. 2:25-cv-00081-HEA
                                       )
AUDRAIN COUNTY, MISSOURI,              )
                                       )
        Defendant.                     )

## OPINION, MEMORANDUM AND ORDER

This remanded state court action is before the Court on self-represented Plaintiff Jeremy R. Behlmann's motion to reopen the case. On November 19, 2025, the Court summarily remanded this action to Audrain County Court because "it clearly appear[ed] on the face of the notice . . . that removal should not be permitted." 28 U.S.C. § 1455(b)(4); *see* Doc. 2. Plaintiff is seeking to reopen the case and again remove his three criminal proceedings pending in Audrain County Court to this Court. For the same reasons stated in the Court's Opinion, Memorandum and Order dated November 19, 2025, Plaintiff's motion is denied.

Accordingly,

**IT IS HERBY ORDERED** that Plaintiff's motion to reopen this case is **DENIED**. [Doc. 8]

Dated this 20th day of  April, 2026.

                                                _____

                                                HENRY EDWARD AUTREY
                                     UNITED STATES DISTRICT JUDGE